UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARTIS SPECIALY INSURANCE COMPANY,

    Plaintiffs,

v.                                       Case No. 8:10-cv-339-T-30EAJ

BANNER SUPPLY COMPANY, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #28). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal With Prejudice (Dkt. #28) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-339.dismiss 28.wpd